**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Case No.: _____
Chapter 13

In re:
Paul Edward Orlando and
Donna Lee Orlando,
        Debtors.
_____/

## CHAPTER 13 PLAN

The Debtors submit the following Chapter 13 Plan:

1. The future earnings of the Debtors are submitted to the supervision and control of the Trustee, and the Debtors shall pay to the Trustee the sum of $2,793.11 per month for a period of sixty (60) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

    a. <u>Priority Claims</u>.

        i. The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of ten percent (10%) of the amount of all payments under the plan.

        ii. The Debtors' attorneys, Cleaveland & Cleaveland, P.L., shall be paid $2,500.00 in attorney's fees. The Trustee shall pay the Debtors' Attorneys at a rate of $750.00 per month for months one through three (1 - 3) of the plan and $250.00 in month four (4) of the plan to pay the balance in full.

        iii. The Debtors' attorneys, Cleaveland & Cleaveland, P.L., shall be paid an administrative fee of $25.00 per month over the life of the plan.

    b. <u>Secured Claims</u>.

  i. **Embrace Home Loans** holds a first mortgage on the Debtors' principal residence located at 5047 Cape Elizabeth Court West, Jacksonville, Florida 32277. The Trustee shall make payments to this creditor as follows:

    1. <u>Monthly Payments</u>: The Trustee shall make the normal monthly payments of $1,173.74 directly to this creditor.

    2. <u>Pre-petition Arrearage</u>: The Debtors currently owe $2,382.36 in pre-petition arrearages to this Creditor. The Trustee shall pay this creditor as follows:

      a. $504.11 per month in month four (4) of the plan;

      b. $754.11 per months in months five through six (5 – 6) of the plan;

      c. $370.03 in month seven (7) of the plan to pay this balance in full.

  ii. **Chase Bank** holds a lien on the Debtors' 2014 Volkswagen Jetta. The balance on this account is $29,545.00. This debt shall be re-amortized and paid in full over the life of the plan with interest accruing at a rate of five and a quarter percent (5.25%), which has been figured into the following payment schedule. The Trustee shall make payments to this creditor of $560.94 per month in months one through sixty (1 – 60) of the plan to pay this balance in full.

  iii. **TD Auto Finance** holds a lien on the Debtors' 2012 Jeep Patriot. Pursuant to 11 U.S.C. Section 1325(a)(5)(C), the Debtors shall surrender the collateral to this creditor in full satisfaction of its claim.

c. <u>Unsecured Claims</u>.

  i. **Unsecured creditors**, including those secured creditors who have deficiency claims or whose liens have been avoided and who timely file proofs of claim shall receive distribution pro-rata.

    ii. Any claim filed after the claims bar date set by the Court shall receive no distribution under this plan, unless specifically provided for above.

    iii. The Debtors do not reject any executory contracts.

    iv. *Except as provided for in the plan, the order confirming the plan or other court order, no interest, late charges, penalties or attorney's fees will be paid to or accessible by any secured creditor. 11 U.S.C. Section 1327(a) provides:*

"*The provision of a confirmed plan bind the debtors and each creditor, whether or not the claim of such creditor provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan.*"

**Once the Debtors successfully complete the Chapter 13 plan and a discharge is entered by the Court, NO SECURED CREDITOR WILL BE ALLOWED TO ADD LATE CHARGES, PENALTIES, INTEREST OR ATTORNEY'S FEES FROM THE BEGINNING OF TIME THROUGH THE DATE OF DISCHARGE.**

Dated this 29th day of September, 2014.

        **CLEAVELAND & CLEAVELAND, P.L.**

        /s/ *Michael Ross Cleaveland*
        Michael Ross Cleaveland
        Attorney for the Debtors
        Florida Bar Number **166448**
        1309 Saint Johns Bluff Road North
        Suite 105
        Jacksonville, Florida 32225
        Phone:  (904) 642-2040
        Fax:  (904) 642-2041
        Email: jaxconsumer@cc-lawoffice.com