**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re:

| | |
|---|---|
| PAUL EDWARD ORLANDO, JR. | CHAPTER     13 |
| DONNA LEE ORLANDO | CASE NO.   3:14-bk-04746-PMG |

Debtors.
_____/

**WITHDRAWAL OF MOTION FOR RELIEF FROM CO-DEBTOR STAY**
**FILED BY TD AUTO FINANCE LLC**

Creditor, TD Auto Finance LLC, hereby withdraws its Motion for Relief from Co-Debtor Stay [DE #12] filed on October 10, 2014.

/s/Bert Echols
Bert Echols, Esquire
Florida Bar Number 0063387
Attorneys for the Creditor TD Auto Finance LLC
1000 Ridgeway Loop Rd, Suite 200
Memphis, TN 38120-4036
(901) 525-6781
(901) 248-6854 (fax)
bechols@evanspetree.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing Withdrawal of Motion for Relief from Co-Debtor Stay was furnished by electronic or First Class U.S. Mail postage prepaid to Debtors, Paul Edward Orlando, Jr., and Donna Lee Orlando, 5047 Cape Elizabeth Ct. West, Jacksonville, FL 32277; Co-Debtor, Malorie Kate Orlando, 5047 Cape Elizabeth Ct. West, Jacksonville, FL 32277; Attorney for Debtors, Michael R. Cleaveland, 1309-105 Saint Johns Bluff Road North, Jacksonville, FL 32225; Trustee, Douglas W. Neway, P.O. Box 4308, Jacksonville, FL 32201; United States Trustee - JAX7, 400 West Washington Street, Suite 1100, Orlando, FL 32801, on this 30th day of October, 2014.

/s/Bert Echols
Bert Echols, Esquire
Florida Bar Number 0063387